08 CV 02935

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------X

THE ANNUITY, WELFARE and APPRENTICESHIP SKILL
IMPROVEMENT & SAFETY FUNDS of the INTERNATIONAL
UNION OF OPERATING ENGINEERS, LOCAL 15, 15A, 15C
and 15D, AFL-CIO by its Trustees JAMES T. CALLAHAN,
ROBERT SHAW, RUSSELL SHAW and CHRISTOPHER
WARD, and JOHN and JANE DOE, as Beneficiaries of the
ANNUITY, WELFARE and APPRENTICESHIP SKILL
IMPROVEMENT & SAFETY FUNDS of the INTERNATIONAL
UNION OF OPERATING ENGINEERS, LOCAL 15, 15A, 15C
and 15D, AFL-CIO,

**RULE 7.1**
**STATEMENT**

08-CIV-

                                        Plaintiffs,

                -against-

METRO FOUNDATION CONTRACTORS, INC.,

                                        Defendant.
-----------------------------------------------------------------------------X

      Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to
enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or
recusal, the undersigned counsel for the ANNUITY, WELFARE and APPRENTICESHIP SKILL
IMPROVEMENT & SAFETY FUNDS of the INTERNATIONAL UNION OF OPERATING
ENGINEERS LOCAL 15, 15A, 15C & 15D, AFL-CIO (a private non-governmental party)
certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which
are publicly held:

NONE

Dated: March 20, 2008

James M. Steinberg (JS-3515)