UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
THE ANNUITY, WELFARE and APPRENTICESHIP SKILL
IMPROVEMENT & SAFETY FUNDS of the
INTERNATIONAL UNION OF OPERATING ENGINEERS,
LOCAL 15, 15A, 15C and 15D, AFL-CIO, by its TRUSTEES
JAMES T. CALLAHAN, ROBERT SHAW, RUSSELL
SHAW and CHRISTOPHER WARD, and JOHN and
JANE DOE, as Beneficiaries of the ANNUITY, WELFARE and
APPRENTICESHIP SKILL IMPROVEMENT & SAFETY
FUNDS of the INTERNATIONAL UNION OF OPERATING
ENGINEERS, LOCAL 15, 15A, 15C and 15D, AFL-CIO,

**REQUEST TO CLERK FOR ENTRY OF DEFAULT**

08-CIV-2935 (IBC)

Plaintiffs,

-against-

METRO FOUNDATION CONTRACTORS, INC.,

Defendant.
-------------------------------------------------------------------------X

TO:   J. MICHAEL McMAHON, Clerk of the United States District
      Court for the Southern District of New York

Please enter the default of Defendant METRO FOUNDATION CONTRACTORS, INC. pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for their failure to plead or otherwise defend the above-entitled action as fully appears from the court file herein and from the attached Affidavit of James M. Steinberg, sworn to on April 30, 2008.

Dated: Hastings-on-Hudson, New York
       April 30, 2008

BRADY McGUIRE & STEINBERG, P.C.

By: *[signature]*
James M. Steinberg (JS-3515)
Attorneys for Plaintiffs
603 Warburton Avenue
Hastings-on-Hudson, New York 10706
(914) 478-4293

TO:   METRO FOUNDATION CONTRACTORS, INC.
      144-45 156th Street, 2nd Floor
      Jamaica, New York 11434