UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
THE ANNUITY, WELFARE and APPRENTICESHIP SKILL
IMPROVEMENT & SAFETY FUNDS of the
INTERNATIONAL UNION OF OPERATING ENGINEERS,
LOCAL 15, 15A, 15C and 15D, AFL-CIO, by its TRUSTEES     **STATEMENT**
JAMES T. CALLAHAN, ROBERT SHAW, RUSSELL     **OF DAMAGES**
SHAW and CHRISTOPHER WARD, and JOHN and
JANE DOE, as Beneficiaries of the ANNUITY, WELFARE and     08-CIV-2935 (IBC)
APPRENTICESHIP SKILL IMPROVEMENT & SAFETY
FUNDS of the INTERNATIONAL UNION OF OPERATING
ENGINEERS, LOCAL 15, 15A, 15C and 15D, AFL-CIO,

                               Plaintiffs,

       -against-

METRO FOUNDATION CONTRACTORS, INC.,

                               Defendant.
-------------------------------------------------------------------X

| | |
|---|---|
| Attorneys' Fees: | $1,638.75 |
| *Costs and Disbursements:* | |
| Clerk's Fee: | $350.00 |
| Process Server Fee for Service: | $155.00 |
| Statutory Fee: | $20.00 |
| TOTAL: | $2,163.75 |