UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
THE ANNUITY, WELFARE and APPRENTICESHIP SKILL
IMPROVEMENT & SAFETY FUNDS of the
INTERNATIONAL UNION OF OPERATING ENGINEERS,
LOCAL 15, 15A, 15C and 15D, AFL-CIO, by its TRUSTEES
JAMES T. CALLAHAN, ROBERT SHAW, RUSSELL
SHAW and CHRISTOPHER WARD, and JOHN and
JANE DOE, as Beneficiaries of the ANNUITY, WELFARE and     08-CIV-2935 (IBC)
APPRENTICESHIP SKILL IMPROVEMENT & SAFETY
FUNDS of the INTERNATIONAL UNION OF OPERATING
ENGINEERS, LOCAL 15, 15A, 15C and 15D, AFL-CIO,

                              Plaintiffs,

    -against-

METRO FOUNDATION CONTRACTORS, INC.,

                              Defendant.
------------------------------------------------------------------X

## CERTIFICATE OF SERVICE

    I, James M. Steinberg, hereby certify under penalty of perjury that on May 9, 2008, I served *via* regular overnight express mail delivery, the individual who address appears below, with a copy of the enclosed Application for a Default Judgment

    METRO FOUNDATION CONTRACTORS, INC.
    144-45 156th Street, 2nd Floor
    Jamaica, New York 11434

*/s/ James M. Steinberg*
James M. Steinberg, Esq. (JS-3515)