UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------X
THE ANNUITY, WELFARE and APPRENTICESHIP SKILL
IMPROVEMENT & SAFETY FUNDS of the
INTERNATIONAL UNION OF OPERATING ENGINEERS,
LOCAL 15, 15A, 15C and 15D, AFL-CIO, by its TRUSTEES
JAMES T. CALLAHAN, ROBERT SHAW, RUSSELL
SHAW and CHRISTOPHER WARD, and JOHN and
JANE DOE, as Beneficiaries of the ANNUITY, WELFARE and          08-CIV-2935 (SAS)
APPRENTICESHIP SKILL IMPROVEMENT & SAFETY
FUNDS of the INTERNATIONAL UNION OF OPERATING
ENGINEERS, LOCAL 15, 15A, 15C and 15D, AFL-CIO,

                                    Plaintiffs,

          -against-

METRO FOUNDATION CONTRACTORS, INC.,

                                    Defendant.
--------------------------------------------------------------------------X

## CERTIFICATE OF SERVICE

          I, James M. Steinberg, hereby certify under penalty of perjury that on June 16, 2008, I
served *via* regular U.S. Mail, the individual who address appears below, with a copy of the
enclosed Amended Affidavit in Support of Default Judgment with Exhibits:

METRO FOUNDATION CONTRACTORS, INC.
158-11 96ᵗʰ Street
Howard Beach, New York 11414

                                    James M. Steinberg, Esq. (JS-3515)